SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
PAUL BERKOWITZ, Cal. Bar No. 251077
pberkowitz@sheppardmullin.com
DEVIN S. LINDSAY, Cal. Bar No. 324967
dlindsay@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone: 310.228.3700
Facsimile:   310.228.3701

Attorneys for Defendant
WELLS FARGO BANK, N.A.

THE AZAT LAW GROUP
MICHAEL O. AZAT, Cal. Bar No. 278409
Mike.Azat@azatlaw.com
ISSA AZAT, JR., Cal. Bar No. 292145
Issa.Azat@azatlaw.com
600 S. Lake Avenue, Ste. 410
Pasadena, CA 91106

Attorneys for Plaintiff
IBTISSAM ATWI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBTISSAM ATWI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 8:24−cv−01965−JWH−DFM<br><br>**JOINT EXHIBIT LIST**<br><br>Pre-Trial Conference:<br>Date:   October 31, 2025<br>Time:   9:00 a.m.<br>Court:  9D<br><br>Trial:   November 17, 2025<br>Time:   9:00 a.m.<br>Court:  9D<br><br>Complaint filed: July 12, 2024 |

Plaintiff Ibtissam Atwi and Defendant Wells Fargo Bank, N.A. (collectively, the "Parties") have met and conferred and offer the following Joint Exhibit List:

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Atwi Termination Notice 2023.10.24 (WFB000451) | | |
| 2 | Atwi 2023 Mid-Year Review (WFB000001-000002) | | |
| 3 | Atwi Payroll Records (WFB000473-000553) | | |
| 4 | Atwi Paystubs | | |
| 5 | Tejeda E-mail 2023.08.02 (WFB001222-001223) | | |
| 6 | Atwi Performance Reviews and Corrective Actions (WFB000003-000012) | | |
| 7 | Messages re: Atwi Return to Work and Accommodations 2020 (WFB002513-2575) | | |
| 8 | Wells Fargo Employee Handbook (WFB000554-000675) | | |
| 9 | Derman Suits Letter (WFB001824) | | |
| 10 | PGL Cashflow (WFB001832) | | |
| 11 | Zelle Payment (WFB001816) | | |
| 12 | E-mails re: Xiong Interview (WFB001936-001940) | | |
| 13 | Notes re: Tejeda Interview (WFB002155) | | |
| 14 | Bess E-mail re: Termination (WFB001941-001943) | | |
| 15 | Tejeda Interview (WFB002037-002040) | | |
| 16 | Erwin Office Depot Check (WFB001798) | | |

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 17 | Erwin Office Depot 2022 W-2 (WFB001809) | | |
| 18 | Erwin Living Spaces Job Offer (WFB001817) | | |
| 19 | Erwin Living Spaces Paystub (WFB001823) | | |
| 20 | Erwin Living Spaces Employment Verification (WFB001813) | | |
| 21 | Erwin William Carter Company Employment Verification (WFB001811) | | |
| 22 | Erwin Loan Application Confirmation E-mail (WFB001807) | | |
| 23 | Erwin Personal Loan Agreement and Loan Check (WFB001920-001930 | | |
| 24 | Sale Practice Misconduct - Exhibit (WFB002338-002341) | | |
| 25 | Branch Banking Procedures (WFB002342-002373) | | |
| 26 | Erwin Confirmation of Opened Account (WFB001781-001782) | | |
| 27 | Fraud Risk Management Policy (WFB001776) | | |
| 28 | Wells Fargo Internal Investigation Case Detail (WFB001663-001749) | | |
| 29 | Erwin Loan Application (WFB001770-001771, 001785-001786, 001946, 001948, 001950) | | |
| 30 | Hogan File (WFB001935, 001945-001946, 001948-001952) | | |
| 31 | Bess Handwritten Note re: Atwi | | |

SMRH:4924-6194-8017.1                                                      JOINT EXHIBIT LIST

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 32 | Erwin Visit Summary 2023.05.03 (WFB001781-001782) | | |
| 33 | E-mail from A. Xiong to Bess 2023.09.15 (WFB001763) | | |
| 34 | E-mail re: setting up call with Atwi 2023.09.25 (WFB001683) | | |
| 35 | Case Detail – Allegation 2019 (WFB001337) | | |
| 36 | Declaration of Michael Soliman | | |
| 37 | Declaration of Ibtissam Atwi | | |
| 38 | Defendant Wells Fargo Bank, N.A.'s Objections and Responses to Plaintiff Ibtissam Atwi's Special Interrogatories (Set One) 2025.02.20 | | |
| 39 | Audio Recording of Call – Atwi, Ben from Wells Fargo (WFB001955 Confidential) | | |
| 40 | Audio Recording of Call – Erwin, Miguel from Wells Fargo, John from Wells Fargo (WFB001956 Confidential) | | |
| 41 | Audio Recording of Call - Atwi, Erwin, Martha from Wells Fargo (WFB001957 Confidential) | | |
| 42 | Audio Recording of Call – Erwin, Michael from Wells Fargo (WFB001958 Confidential) | | |
| 43 | Audio Recording of Call - Atwi, Michael from Wells Fargo (WFB001959 Confidential) | | |
| 44 | Audio Recording of Call- Erwin, John from Wells Fargo, Miguel from Wells Fargo (WFB001960 Confidential) | | |

-4-

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 45 | Audio Recording of Call - Atwi, Rose from Wells Fargo (WFB001961 Confidential) | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |
| 51 | | | |
| 52 | | | |
| 53 | | | |
| 54 | | | |
| 55 | | | |
| 56 | | | |
| 57 | | | |
| 58 | | | |
| 59 | | | |
| 60 | | | |
| 61 | | | |
| 62 | | | |

SMRH:4924-6194-8017.1

JOINT EXHIBIT LIST

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 63 | | | |
| 64 | | | |
| 65 | | | |
| 66 | | | |
| 67 | | | |
| 68 | | | |
| 69 | | | |
| 70 | | | |
| 71 | | | |
| 72 | | | |
| 73 | | | |
| 74 | | | |
| 75 | | | |
| 76 | | | |
| 77 | | | |
| 78 | | | |
| 79 | | | |
| 80 | | | |

SMRH:4924-6194-8017.1                                          JOINT EXHIBIT LIST

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 81 | | | |
| 82 | | | |
| 83 | | | |
| 84 | | | |
| 85 | | | |
| 86 | | | |
| 87 | | | |
| 88 | | | |
| 89 | | | |
| 90 | | | |
| 91 | | | |
| 92 | | | |
| 93 | | | |
| 94 | | | |
| 95 | | | |
| 96 | | | |
| 97 | | | |
| 98 | | | |

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 99 | | | |
| 100 | | | |
| | | | |
| 501 | Nov. 29, 1999 Team Member Acknowledgement (WFB000029) | | |
| 502 | Aug. 2022 Wells Fargo's Employee Handbook (WFB000554-WFB000560, WFB000565, WFB000573, WFB000591-WFB000594, WFB000653-WFB000654, WFB000659-WFB000659) | | |
| 503 | May 16, 2018 Informal Warning for Performance (WFB000013-WFB000016) | | |
| 504 | Aug. 13, 2018 EthicsLine Report (WFB001263-WFB001264) | | |
| 505 | HRHD Case No. 10114948 (WFB001254-WFB001279) | | |
| 506 | Aug. 23, 2018 Leave Approval Letter (WFB003542-WFB003543) | | |
| 507 | Dec. 26, 2018 Letter re Reduced Work Schedule (WFB003602-WFB003603) | | |
| 508 | Dec. 26, 2018 Certified Medical Leave Approval Letter (WFB003591-WFB003592) | | |
| 509 | EAP Case No. 113157 (WFB001337-WFB001459) | | |
| 510 | Mar. 19, 2019 Certification Regarding Beneficial Owners of Legal Entity Customers (WFB001406-WFB001429) | | |
| 511 | Apr. 19, 2019 EthicsLine Report (WFB001394-WFB001396) | | |

SMRH:4924-6194-8017.1                                                      JOINT EXHIBIT LIST

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 512 | Workers' Compensation Communications (WFB002513-WFB002575) | | |
| 513 | Feb. 25, 2020 Case No. 11824527 (WFB001296-WFB001297) | | |
| 514 | Jun. 4, 2020 Request for Quarantine (WFB001318-WFB001320) | | |
| 515 | May 27, 2021 Informal Warning for Loss Exposure (WFB000017-WFB000019) | | |
| 516 | Plaintiff's Absence Report from 2020 to 2021 | | |
| 517 | Plaintiff's Supervisor History | | |
| 518 | Mar. 18, 2023 Informal Warning for Performance | | |
| 519 | EAP Case No. 700404 (WFB001663-WFB001961) | | |
| 520 | E. Erwin Customer Information (WFB001764) | | |
| 521 | E. Erwin Primary Applicant Information (WFB001770) | | |
| 522 | E. Erwin Employment and Income Overview (WFB001935, WFB001945-WFB001946, WFB001948-WFB001952) | | |
| 523 | E. Erwin Offer of Employment for Derman Suits (WFB001824) | | |
| 524 | E. Erwin Offer of Employment for Living Spaces (WFB001817) | | |
| 525 | E. Erwin Living Spaces Wage Statement (WFB001823) | | |
| 526 | E. Erwin Summary of Visit (WFB001781-WFB001782) | | |
| 527 | EAP Case No. 699880 (WFB002135-WFB002179) | | |

-9-

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 528 | Aug. 1, 2023 Interview with Plaintiff (WFB001742-WFB001745) | | |
| 529 | Wells Fargo Branch Banking Procedures (WFB003635-WFB003645) | | |
| 530 | Declaration of Micheal Wagih Soliman (ATWI000035) | | |
| 531 | Plaintiff's 2023 Mid-year Review (WFB000001-WFB000008) | | |
| 532 | Aug. 9, 2023 Informal Warning for Loss Exposure (WFB000009-WFB000010) | | |
| 533 | A. Xiong's Substantiated Cases | | |
| 534 | 2022 Branch Banking Incentive Compensation Plan (WFB003609-WFB003634) | | |
| 535 | Personal Banker Pay in Tustin for 2023 | | |
| 536 | Termination Notice from T. Bess (WFB001941-WFB001944) | | |
| 537 | Oct. 22, 2023 Termination Letter (WFB000429) | | |
| 538 | Workers' Compensation Communications (WFB002413-WFB002420) | | |
| 539 | Workday Summary for R. Toscano | | |
| 540 | Workday Summary for K. Jonasen | | |
| 541 | Plaintiff's Payroll Records (WFB000473-WFB000553) | | |
| 542 | Wells Fargo's 2023 Benefits Book (WFB00688-WFB001169) | | |
| 543 | Call Between Ben and Plaintiff (WFB001955) | | |

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 544 | Call Between John and E. Erwin (WFB001956) | | |
| 545 | Call Between Martha and Plaintiff (WFB001957) | | |
| 546 | Call Between Michael and E. Erwin (WFB001958) | | |
| 547 | Call Between Michael and Plaintiff (WFB001959) | | |
| 548 | Call Between Miguel and John (WFB001960) | | |
| 549 | Call Between Rose and Plaintiff (WFB001961) | | |
| 550 | Plaintiff's Kaiser Records | | |
| 551 | Plaintiff's EDD Documents (ATWI000020-ATWI-000022) | | |
| 552 | Plaintiff's Job Applications (ATWI-000023-ATWI000030) | | |
| 553 | Plaintiff's Responses to Defendant's RFPs (Set One) | | |
| 554 | Plaintiff's Supplemental Responses to Defendant's RFPs (Set One) | | |
| 555 | Defendant's Responses to Plaintiff's RFPs (Set One) | | |
| 556 | Plaintiff's Responses to Defendant's Special Interrogatories (Set One) | | |
| 557 | Plaintiff's Supplemental Responses to Defendant's Special Interrogatories (Set One) | | |
| 558 | Defendant's Responses to Plaintiff's Special Interrogatories (Set One) | | |
| | | | |
| | | | |
| | | | |

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

Dated:  October 10, 2025

THE AZAT LAW GROUP

By      /s/ Michael O. Azat
MICHAEL O. AZAT
ISSA AZAT, JR.
Attorneys for Plaintiff
IBTISSAM ATWI

Dated: October 10, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Paul Berkowitz
PAUL BERKOWITZ
DEVIN S. LINDSAY
Attorneys for Defendant
WELLS FARGO BANK, N.A.

-12-

SMRH:4924-6194-8017.1                           JOINT EXHIBIT LIST